Dismissed and Opinion filed April 17, 2003









Dismissed and Opinion filed April 17, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-02-01074-CV

____________

 

FABIAN VAKSMAN, Appellant

 

V.

 

JOHN FELDT, TEMPORARY ADMINISTRATOR FOR
THE ESTATE OF HENRY FRACHT, DECEASED, Appellee

 



 

On Appeal from Probate Court No. 1

Harris
County, Texas

Trial Court Cause No. 319,401-402

 



 

M
E M O R A N D U M   O P I N I O N

This is an appeal from a judgment in
favor of John Feldt.

On March 25, 2003, the parties filed a joint motion to
dismiss the appeal in order to effectuate a compromise and settlement
agreement.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Opinion
filed April 17, 2003.

Panel consists of Justices Yates,
Hudson, and Frost.